**HARRIS, YUG & OHLINGER**
ROBERTA OHLINGER-JOHNSON, ESQ.
Nevada Bar #10946
ELLIOTT D. YUG, ESQ.
Nevada Bar #5172
1489 W. Warm Springs Road, Ste #110
Henderson, NV 89014
702.966.8270 Telephone
866.592.8806 Facsimile
efile@HYandOAttorneys.com
Attorneys for Plaintiff(s)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| DAVID CHERRY and ALEXANDRIA CHERRY, individually and as next friends and parents of JACOB CHERRY, A Minor<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, SUSAN M. SMITH, individually and in her official capacity as capacity as Principal of Twitchell Elementary School, and SANDRA A. PIILO, individually and in her official capacity as Special Education Teacher, DOES I-X,<br><br>Defendant(s) | CASE NO.: 2:11-CV-01783<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND GRANTING PLAINTIFFS MOTION TO AMEND |

Defendants' Motion to Dismiss having come before this Court on the 23rd day of February, 2012, with Plaintiffs DAVID, ALEXANDRIA, and JACOB CHERRY appearing through Counsel Roberta Ohlinger-Johnson of the Law Firm HARRIS YUG AND OHLINGER, and with Defendants CLARK COUNTY SCHOOL DISTRICT, SUSAN SMITH and SANDRA PIILO appearing through Counsel Mark Ferrario and Kara Hendricks of the Law Firm GREENBERG

TRAURIG LLP.  The Court having reviewed and considered all pleadings and arguments of Counsel therein, the Court orders as follows:

    The Plaintiffs having sought claims for relief of money damages only and having exhausted the informal resolution procedures of the Individuals with Disabilities Education Act, 20 USC § 1400 *et. seq.,* the Defendants' Motion to Dismiss is hereby DENIED, and Plaintiffs' Motion to Amend is GRANTED.

    IT IS SO ORDERED THIS _____, 2012

_____
Honorable James C. Mahan

Respectfully Submitted this 24th day of February, 2012

By: */s/ Roberta Ohlinger-Johnson*
Roberta Ohlinger-Johnson
Nevada Bar Number 10946
HARRIS, YUG & OHLINGER
ATTORNEYS FOR PLAINTIFFS

Approved as to Form and Content this 27th day of February, 2012

By: */s/ Kara Hendricks*
Mark Ferrario
Nevada Bar Number 1625
Kara B. Hendricks
Nevada Bar Number 7743
GREENBERG TRAURIG LLP
ATTORNEYS FOR DEFENDANTS

ATTESTATION OF FILING

Pursuant to the Electronic Filing Procedures dated 24 August 2006 (Revised) of the United States District Court for the District of Nevada, I hereby attest that I have obtained concurrence in the filing of this Order from all of the parties listed in the signature blocks above.

By: */s/ R. Ohlinger-Johnson*
Roberta Ohlinger-Johnson