# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CHERRY, *et al.*, | |
|     Plaintiffs, | Case No. 2:11-cv-01783-JCM-GWF |
| vs. | **AMENDED ORDER** |
| CLARK COUNTY SCHOOL DISTRICT, *et al.*, | Motion to Compel and Request for Extension of Discovery (#22) |
|     Defendants. | |

    This matter comes before the Court on Plaintiffs' Motion to Compel and Request for Extension (#22), filed on June 21, 2012; Defendants' Response to Plaintiffs' Motion (#23), filed on June 9, 2012; and Plaintiffs' Reply (#28), filed on July 16, 2012. The Court conducted a hearing on this matter on July 26, 2012. At the hearing, the Court granted Plaintiffs' motion. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel (#22) is **granted** as follows:

    1.    Defendants shall disclose the visitor logs for the classroom Jacob Cherry was assigned to, including the names of the visitors and the date and times of the visits for the Spring 2011 semester.

    2.    Defendants shall disclose the names and last known addresses of the individuals who threatened to file lawsuits concerning the behavior of Jacob Cherry, including the date and form of their complaint.

    3.    Defendants shall disclose copies of all communications to CCSD or from CCSD regarding threats of lawsuits concerning Jacob Cherry. Defendants shall provide

. . .

    these communications in unredacted form, except as to any individual child's name or personal identifiable information.

4. Defendants shall have **30 days** from the date of this order to produce the above information, so as to allow Defendants time to provide notice to the affected individuals and an opportunity to object to disclosure of their personally identifiable information.

5. If any individual objects to the disclosure of their personal information, that individual shall promptly contact Defendants' counsel regarding the objection. Defendants shall then inform the Court and Plaintiffs' counsel of the basis and reason for the objection. Plaintiffs' counsel will have 14 days from the date of notice of the objection to file a response with the Court. The Court will then make a determination upon the validity of the objection.

**IT IS FURTHER ORDERED** that Plaintiffs' Request for Extension of Discovery is **granted**. The Court will extend the discovery period 60 days as follows:

1. Last date to complete discovery: **December 11, 2012;**
2. Last date to file dispositive motions:  **January 10, 2013;**
3. Last date to file joint pretrial order: **February 11, 2013.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 26th day of July, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge