# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CHERRY, et al., | 2:11-CV-1783 JCM (GWF) |
| Plaintiff(s), | |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendant(s). | |

## ORDER

Presently before the court is defendants' motion to exceed the page limits. (Doc. # 58). Defendants seeks leave of the court to file, in excess to the local rules, a reply to plaintiffs' response to defendants' partial summary judgment motion. (*See id.*).

Local rule 7-4 limits motions and responses to 30 pages, and replies to 20 pages. Defendants' partial summary judgment motion, the opening motion, totals 17 pages. (*See* doc. # 45). Plaintiffs sought leave of the court to file a response to the summary judgment that exceeded the page limits. (Doc. # 46). This court granted the motion and plaintiffs filed their response, which included a countermotion for summary judgment. (Doc. # 49).

Defendants now move the court for leave to file a reply to their own partial summary motion and a response to the plaintiffs' motion that exceeds the local page limits. "Defendants simply request the Court permit Defendants to similarly exceed the page limits in responding to Plaintiffs' Countermotion for Partial Summary Judgment as to Liability. . . ." (Doc. # 58, 2:3-4). Defendants

**James C. Mahan**
**U.S. District Judge**

1  seek leave of the court to file a 38-page motion.

2  Good cause appearing,

3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs' motion to
4  exceed page limits (doc. # 58) be, and the same hereby, is GRANTED consistent with the foregoing.

5  DATED November 30, 2012.

*[signature: James C. Mahan]*

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -