**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID CHERRY, *et al.*, ) | |
| Plaintiffs, ) | Case No. 2:11-cv-01783-JCM-GWF |
| vs. ) | **ORDER** |
| CLARK COUNTY SCHOOL DISTRICT, *et al.*, ) | Motion to Excuse Attendance at Settlement Conference (#78) |
| Defendants. ) | |

This matter comes before the Court on Defendants' Motion to Excuse the Attendance of Defendants Smith and Piilo from the Settlement Conference (#78), filed on April 1, 2013. The Settlement Conference in this matter is scheduled for 9:00 AM on Tuesday, April 9, 2013. *See February 22, 2013 Order, Doc. #74*. The Order Scheduling Settlement Conference (#74) stated that "Counsel of record, individual parties, and a fully-authorized representative shall appear in person unless the court enters an order granting a request for exception." *Id.* at 1:26-28. Defendants argue that the attendance of Defendants Smith and Piilo, Clark County School District faculty members, is unnecessary and burdensome. The Court ordered, however, that "[a] request for an exception to the [...] attendance requirements must be filed and served on all parties at least fourteen (14) days prior to the settlement conference." *Id.* at 1:25-26. Defendants filed the instant Motion (#78) to except Smith and Piilo from the attendance requirements only 8 days before the conference. Accordingly,

...

...

...

1     **IT IS HEREBY ORDERED** that Defendants' Motion to Excuse the Attendance of
2 Defendants Smith and Piilo from the Settlement Conference (#78) is **denied**.
3     DATED this 2nd day of April, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge