MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
MOOREA L. KATZ
Nevada Bar No. 12007
katzmo@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CHERRY and ALEXANDRIA CHERRY, individually and as next friends and parents of J. C., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, SUSAN M. SMITH, individually and in her official capacity as Principal of Twitchell Elementary School, and SANDRA A. PILO, individually and in her official capacity as Special Education Teacher, DOES I-X.,<br><br>Defendants. | Case No. 2:11-CV-01783-JCM-GWF<br><br>**JUDGMENT** |

This action having come before the court on various motions for summary judgment, the court having been presented with evidence and fully considered the same rendered judgment in favor of Clark County School District, Susan M. Smith and Sandra A. Pilo (collectively "Defendants") pursuant to:

1) Docket No. 88, granting in part and denying in part Defendants' motion for partial summary judgment (Doc. #45);

2) Docket No. 92, granting Defendants' renewed motion to dismiss or alternatively, motion for partial summary judgment (Doc. #48); and

3) Docket No. 102 granting Defendants' renewed motion for summary judgment (Doc. No. 95).

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a Judgment is hereby entered in favor of the Defendants, Clark County School District, Susan M. Smith and Sandra A. Pilo on all claims and against Plaintiffs David Cherry, Alexandria Cherry and Jacob Cherry.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants may submit a motion to recover its reasonable attorneys' fees and costs for the Court's consideration.

*[signature]*

UNITED STATES DISTRICT COURT JUDGE

DATED: May 22, 2014

---

Respectfully Submitted by:

GREENBERG TRAURIG, LLP

*/s/ Kara B. Hendricks*
MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
MOOREA L. KATZ
Nevada Bar No. 12007
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendants*